UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| CINDY GLOVER | § | CIVIL ACTION |
| Plaintiff | § | |
| | § | |
| VS. | § | NO.  9:19-CV-58 |
| | § | |
| WALMART STORES TEXAS, L.L.C. | § | |
| Defendant | § | JURY |

## DEFENDANT'S NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW DEFENDANT, WALMART STORES TEXAS, LLC, in accordance with

28 U.S.C.§§ 1332, 1441, and 1446 *et seq.*, and files its Notice of Removal of the above-styled case

from the 411th Judicial District Court of Polk County, Texas, to the United States District Court

for the Eastern District of Texas, Lufkin Division, based on diversity of citizenship of the parties.

Pursuant to the applicable federal statutes and the Local Rules for the Eastern District of

Texas, Defendant attaches the following documents in support of this Notice of Removal:

1. Attachment A -    State Court Petition;

2. Attachment B -    Citation of Service and Notice of Service of Process on Walmart
   Stores Texas, LLC;

3. Attachment C -    Defendant Walmart Stores Texas, LLC's State Court Answer;

4. Attachment D-    Certified Copy of Civil Docket;

5. Attachment E-    List of Parties and Counsel; and

6. Attachment F -    State Court Information Sheet.

The documents attached hereto as Attachment "A" through "C" comprise true and correct copies

of all executed process and pleadings served upon Defendant and of all documents filed in the state

court action.

In filing this Notice of Removal, Defendant expressly reserves all other questions other than that of removal, for the purpose of further pleadings.

## I.
## STATE COURT ACTION

Plaintiff's Original Petition, styled *Cindy Glover vs. Walmart Stores Texas, L.L.C.*, Cause No. CIV32594, was filed on March 12, 2019, in Polk County, Texas, and assigned to the 411th Judicial District Court of Polk County, Texas, located at 101 W. Mill St., Livingston TX 77351

## II.
## PLAINTIFF'S ALLEGATIONS

Plaintiff alleges that on or about September 18, 2017, she was an invitee at the Walmart store located at 1620 W. Church St., Livingston TX 77351.  *See* Exhibit "A" - Plaintiff's Original Petition, at §§ V & VI.  Plaintiff alleges that she suffered injuries and damages when she slipped and fell in mud on the floor.  *Id*.  Plaintiff alleges that Defendant was guilty of various acts and omissions, and that such negligence was a proximate cause of the injuries and damages alleged by Plaintiff.  *Id.* at VI.  Plaintiff further alleges that Defendant's acts and/or omissions was the result of the conscious indifference to the rights, welfare, and/or safety of the Plaintiff. *Id* at § VII-C, ¶ 27.

## III.
## PARTIES - DIVERSITY OF CITIZENSHIP

Plaintiff, Cindy Glover, is a resident of Polk County, Texas.

Defendant, Walmart Stores Texas, LLC, is a Delaware limited liability company, and is an indirectly, wholly-owned subsidiary of Wal-Mart, Inc.  The sole member of Walmart Stores Texas, LLC, is Walmart Real Estate Business Trust.  The sole unit holder of Walmart Real Estate Business Trust is Walmart Property Co. which is a wholly owned subsidiary of Walmart Stores East, LP.  Walmart Stores East, LP, a Delaware limited partnership, of which WSE Management, LLC, is

2

the general partner, and WSE Investment, LLC, is the limited partner. The sole member of WSE

Management, LLC, and WSE Investment, LLC, is Walmart Stores East, LLC (fka Walmart Stores

East, Inc.), whose parent company is Walmart, Inc. The principal place of business of Walmart

Stores Texas, LLC, is Bentonville, Arkansas. Walmart, Inc., is a Delaware corporation with its

principal place of business in Arkansas. Accordingly, there is complete diversity of citizenship

between Plaintiff and the Defendant. 28 U.S.C. §§ 1332, 1441.

## IV.
## AMOUNT IN CONTROVERSY

The state court action is one over which this Court has original jurisdiction under the

provisions of 28 U.S.C. § 1332 since it is a civil action wherein the matter in controversy as alleged

in Plaintiff's Petition exceeds the minimum jurisdictional limits of this Court exclusive of interest

and costs and is between citizens of different states.

In her Petition, Plaintiff specifically pleads damages over $200,000 but not more than

$1,000,000. *See* Exhibit A at § X. Furthermore, Plaintiff contends that she "*suffered with severe*

*and extensive injuries to her body.*" *Id.* at § V. Plaintiff also contends in Sections VII of her

Petition that as a result of such alleged injuries, "s*he has suffered the following:*

     (1)     Mental pain and suffering in the past;

     (2)     Mental pain & suffering in the future;

     (3)     Physical pain and suffering in the past;

     (4)     Physical pain and suffering in the future;

     (5)     Mental anguish in the past;

     (6)     Mental anguish in the future;

     (7)     Physical impairment in the past;

     (8)     Physical impairment in the future;

(9)     Lost wages in the past;

(10)    Lost wages in the future;

(11)    Loss of earning capacity in the past;

(12)    Loss of earning capacity in the future;

(13)    Disfigurement in the past;

(14)    Disfigurement in the future;

(15)    Medical, hospital and drug services expenses in the past;

(16)    Medical, hospital and drug services expenses in the future. *Id.*

Plaintiff further alleges "gross negligence and malice" and seeks to recover "exemplary and punitive damages" against Defendant *Id.* at § § VII. C.   Plaintiff's pleadings assert an alleged amount in controversy that exceeds the Court's minimum jurisdictional limits.  *Id.* at § X.  In view of the nature of the claims and alleged damages sought, Defendant has established that the alleged amount in controversy is sufficient to confer federal jurisdiction in this Court.  For the reasons stated above, this Court has original jurisdiction of this case pursuant to 28 U.S.C. §1332(a).

## V.
## REMOVAL IS TIMELY

Removal is timely.  Defendant, Walmart Stores Texas, LLC, was served with Plaintiff's Original Petition on March 18, 2019.  As such, service on Defendant has been less than 30 days from filing this Notice of Removal.  *See* 28 U.S.C. § 1446(b).

## VI.
## VENUE

This is a statutorily proper venue under the provisions of 28 U.S.C. § 1441(a) because the district and division embrace the place where the removed action has been pending.

## VII.
## FILING WITH STATE COURT AND NOTICE TO PLAINTIFF

Upon filing of this Notice of Removal of the cause, Defendant gave written notice of the filing to the Plaintiff through Plaintiff's counsel as required by law.  A copy of this Notice is also being filed with the 58th Judicial District Court of Jefferson County, Texas, where this cause was originally filed.  A copy of all processes, pleadings, and orders has been filed separately with this Court pursuant to 28 U.S.C. § 1446(a).

## VIII.
## PRAYER

WHEREFORE, PREMISES CONSIDERED, DEFENDANT, WALMART STORES TEXAS, LLC, prays that the United States District Court for the Eastern District of Texas, Lufkin Division, accept this Notice of Removal and assume jurisdiction of this matter and issue any orders and processes necessary to bring PLAINTIFF, CINDY GLOVER and DEFENDANT, WALMART STORES TEXAS, L.L.C., before it, and to effectively prevent further proceedings of this case in the 411th Judicial District Court of Polk County, Texas.

Respectfully submitted,

PATE & SPIVEY, L.L.P.

/s/ Karen L. Spivey
KAREN L. SPIVEY
karen@psallp.com
Federal Id. No.11680
Texas Bar No. 18955100
ATTORNEY IN CHARGE FOR DEFENDANT,
WALMART STORES TEXAS, LLC
GORDON R. PATE
gordon@psallp.com
Federal Id. No. 9811
Texas Bar No. 15563000
FIRST CITY BUILDING
505 Orleans Street, Suite 500
Beaumont TX 77701

Ph:    409-838-6578
Fx:    409-838-6922

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Removal has been

forwarded to opposing counsel of record on this 15th day of April, 2019, in accordance with the

Federal Rules of Civil Procedure by certified mail, addressed as follows:

Mr. Jeffrey N. Todd
SBN: 24028048
jeff@jefftoddlaw.com
THE TODD LAW GROUP, PLLC
12929 Gulf Freeway, Suite 301
Houston TX 77034
Ph:    832-243-4953
Fx:    713-583-7818

/s/ Karen L. Spivey_____
KAREN L. SPIVEY

6