UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| CINDY GLOVER | § | CIVIL ACTION |
|     Plaintiff | § | |
| | § | |
| VS. | § | NO. 9:19-CV-58 |
| | § | |
| WALMART STORES TEXAS, L.L.C. | § | |
|     Defendant | § | JURY |

NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW WALMART STORES TEXAS, LLC, Defendant in the above entitled and numbered cause, and informs the Court that the matter recently settled. The parties respectfully request the Court remove this matter from the Court's trial docket while the parties finalize the settlement and submit dismissal documents. Plaintiff has not reached agreement with lien/subrogation holders. Accordingly, Plaintiff requires additional time to resolve same. Once this matter is resolved, the parties will file a Stipulation of Voluntary Dismissal.

Respectfully submitted,

MEHAFFYWEBER, P.C.

/s/ Karen L. Spivey
KAREN L. SPIVEY
Federal ID No. 11680
TBA: 189551000
2615 Calder Street, Suite 800
Beaumont, TX 77702
Phone: 409.951.7702
KarenSpivey@mehaffyweber.com
ATTORNEY FOR DEFENDANT,
WAL-MART STORES TEXAS, LLC

CERTIFICATE OF SERVICE

1

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to opposing counsel of record on this 10th day of September, 2020, in accordance with the Federal Rules of Civil Procedure by email as follows:

Jeffrey N. Todd
THE TODD LAW GROUP, PLLC
12929 Gulf Freeway, Suite 301
Houston, Texas 77034
(832) 243-4953
(713) 583-7818 Facsimile
jeff@jefftoddlaw.com

>   /s/ Karen L. Spivey
>   KAREN L. SPIVEY