IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| CINDY GLOVER, § | |
| § | |
| *Plaintiff*, § | CIVIL ACTION NO. 9:19-CV-00058 |
| § | |
| v. § | JUDGE MICHAEL TRUNCALE |
| § | |
| WALMART STORES TEXAS, LLC, § | |
| § | |
| *Defendant*. § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Stipulation of Voluntary Dismissal. [Dkt. 56]. The Parties seek a dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). To the extent the Parties' dismissal is not yet in effect, the above-styled action is hereby dismissed with prejudice.

It is therefore ORDERED that this case is DISMISSED WITH PREJUDICE, and the Parties shall bear their own attorneys' fees and costs. It is further ORDERED that all pending motions in this matter be DENIED as moot.

**SIGNED this 20th day of October, 2020.**

*[signature]*

Michael J. Truncale
United States District Judge